# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW FIELDS, III,** | : | |
| Petitioner | : | |
| | | **CIVIL ACTION NO. 3:18-1169** |
| v. | : | |
| | | **(Judge Mannion)** |
| **UNITED STATES,** *et al.,* | : | |
| Respondents | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DENIED**.

2. Petitioner's motion for order to show cause (Doc. 13) and motion to produce (Doc. 14) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Dated: November 13, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1169-01-ORDER.wpd